IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-30725
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DION LAVERT JACKSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-20099-01
- - - - - - - - - -
February 20, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Dion Lavert Jackson argues that the district court clearly erred in failing to adjust his offense level for his minimal or minor participation in the offense.

We have reviewed the record, including the presentence report, the transcript of the sentencing hearing, and the briefs and find that the district court did not err in refusing to make an adjustment for Jackson's minimal or minor role in the offense. Jackson failed to carry his burden of demonstrating

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

that he was less culpable than other participants involved in the offense.  See <u>United States v. Zuniga</u>, 18 F.3d 1254, 1260 n.10 (5th Cir.), <u>cert. denied</u>, 115 S. Ct. 214 (1994).  Further, Jackson cannot complain because he was held accountable only for his own offense conduct and not for the conduct of any other participant in the drug transaction.  See <u>United States v. Flucas</u>, 99 F.3d 177, 181 (5th Cir. 1996).

AFFIRMED.